**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:        John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN DOE, subscriber assigned IP address 74.89.220.68,<br><br>                    Defendant. | Case No. 2:23-cv-00259-JXN-JRA<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 74.89.220.68 are voluntarily dismissed with prejudice.

DATED: April 26, 2023

Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

**So ORDERED on 4/27/2023:**

*/s/ John C. Atkin, Esq.*
John C. Atkin, Esq.

**JULIEN XAVIER NEALS**
**United States District Judge**